UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Philip Ford

Case No.: 17-27571/JNP
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny, Jr.__ on __November 7, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
19 Eton Drive
Sewell, NJ
FMV - $413,000.00

Liens on property: Specialized Loan Services - $978,865.36

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-27571-JNP
Philip John Ford                                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin               Page 1 of 1           Date Rcvd: Oct 11, 2017
                              Form ID: pdf905           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
```
db              +Philip John Ford,   19 Eton Drive,   Sewell, NJ 08080-2481
517037099       +Margaret Ford,   P.O. Box 835,   Turnersville, NJ 08012-0899
517037100       +Nations Recovery Center, Inc.,   6491 Peachtree Industrial Blvd.,   Atlanta, GA 30360-2100
517037101       +Specialized Loan Servicing,   8742 Lucent Blvd. Suite 300,   Highlands Ranch, CO 80129-2386
517037102       +TEK-Collect,   P.O. Box 1269,   Columbus, OH 43216-1269
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 11 2017 23:10:20      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 11 2017 23:10:17      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517037098       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 11 2017 23:13:18      LVNV Funding LLC,
                 15 South Main Street,   Greenville, SC 29601-2743
517037103       +E-mail/Text: BKRMailOps@weltman.com Oct 11 2017 23:10:23      Weltman Weinberg & Reis Co., PA,
                 325 Chestnut Street, Suite 501,   Philadelphia, PA 19106-2605
                                                                                              TOTAL: 4

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A. as Trustee of    Structured Asset Mortgage Investments II Inc., Bear
               Stearns Alt-ATrust II, Mortgage Pass-Through Certifica dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Edward L. Paul    on behalf of Debtor Philip John Ford elp@paulandkatzlaw.com,
               alexis@paulandkatzlaw.com;vbuckley@paulandkatzlaw.com;r39949@notify.bestcase.com
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```